FILED
NOV 29 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 07MJ2667 |
| Plaintiff, | |
| v. | ORDER OF DETENTION ON THE DEFENDANT'S WAIVER OF BAIL PENDING TRIAL |
| LUIS ANTONIO PADILLA-HINOGIANTE, | |
| Defendant. | |

In accordance with the Bail Reform Act of 1984, Title 18, United States Code, Section 3142(f), a detention hearing was scheduled and held on November 29, 2007, to determine whether defendant LUIS ANTONIO PADILLA-HINOGIANTE ("Defendant") should be held in custody pending trial and, if convicted, sentencing in the above-captioned matter. Assistant Caleb E. Mason appeared on behalf of the United States and Keith R. Rutman, Esq. appeared on behalf of Defendant.

At the hearing on November 29, 2007, Defendant knowingly and voluntarily waived his right, on the record through counsel, to the setting of bail and a detention hearing. Based on the waiver, the Court orders that Defendant be detained pending trial, and, if convicted, sentencing in these matters, without prejudice or waiver of the right of the defendant to apply for bail and

07MJ2667

1  conditions of release at a later date, and without prejudice or waiver of the right of the United
2  States to seek detention in the event of an application by Defendant for such relief.

3  **ORDER**

4  IT IS HEREBY ORDERED that Defendant be detained pending trial, and if convicted,
5  sentencing in these matters.

6  IT IS FURTHER ORDERED that Defendant be committed to the custody of the Attorney
7  General or his designated representative for confinement in a corrections facility separate, to the
8  extent practicable, from persons awaiting or serving sentence or being held in custody pending
9  appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel.

10  While in custody, upon order of a court of the United States or upon the request of an
11  attorney for the United States, the person in charge of the correctional facility shall deliver
12  Defendant to the United States Marshal for the purpose of an appearance in connection with a court
13  proceeding or any other appearance stipulated to by defense and government counsel.

14  This order is made without prejudice to modification by this Court and without prejudice
15  to Defendant's exercise of his right to bail and a detention hearing at a future date.

16  IT IS SO ORDRED.

17  DATED: November 29, 2007.

18
19  THE HONORABLE NITA L. STORMES
    United States Magistrate Judge
    United States District Court for the
20  Southern District of California

21  Prepared by:

22  KAREN P. HEWITT
    United States Attorney
23

24  /s/Caleb E. Mason
    CALEB E. MASON
25  Assistant U.S. Attorney

26
27
28

07MJ2667