FILED

DEC 21 2007

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>LUIS ANTONIO<br>    PADILLA-HINOGIANTE,<br><br>        Defendant. | Criminal Case No. 07CR3432-BTM<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C.,<br>Secs. 952 and 960 - Importation<br>of Marijuana (Felony) |

The United States Attorney charges:

On or about November 13, 2007, within the Southern District of California, defendant LUIS ANTONIO PADILLA-HINOGIANTE, did knowingly and intentionally import approximately 97.40 kilograms (approximately 214.73 pounds) (net weight) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 12/21/2007.

KAREN P. HEWITT
United States Attorney

*(signature)*

DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:psd:San Diego
11/21/07